IN THE MATTER OF THE ESTATE OF MARY McFEELY, DECEASED.

Superior Court of New Jersey
Appellate Division

Argued January 29, 1951—Decided February 6, 1951.

520

Before Judges FREUND, PROCTOR and ROGERS.

*Mr. Abraham J. Slurzberg* argued the cause for the appellant (*Mr. Joseph B. McFeely,* executor of the last will and testament of Bernard M. McFeely, and attorney *pro se*).

*Mr. Victor S. Kilkenny* argued the cause for the plaintiff-respondent (*Messrs. Otis & Kilkenny,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Stanton in the court below.